Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

FILED
SCRANTON
FEB 17 2026
PER _____ Cal
DEPUTY CLERK

## U.S. DISTRICT COURT

### MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO,

    Plaintiff,

vs.

PAUL SALADINO, MD

HEART & SOIL SUPPLEMENTS LLC

    Defendants

Case No.: 3:26-cv-396-DFB

**VERIFIED COMPLAINT**

1. Frank Tufano is a YouTuber, a social media personality who started his YouTube channel in 2016 to share his unique research on health and nutrition in order to better the lives of people all over the world.

2. Frank Tufano was the first "YouTuber" to follow the Carnivore Diet, an all meat diet, and had many unique trend-setting ideas that many others would follow in the coming years.

3. In early 2019, Frank Tufano realized that Paul Saladino, MD, was "copying" Frank Tufano's nutritional research, word for word, from his videos, to promote his own personal being. Paul Saladino adapted many of Frank Tufano's ideas as his own, even coining himself as "CarnivoreMD."

4. Over the course of time Frank Tufano realized that Paul Saladino was no ordinary copycat, the level of planning and scheming against Frank Tufano was beyond anything he had experienced before in his life.

VERIFIED COMPLAINT - 1

5. A nightmare of legal and personal harassment unfolded against Frank Tufano over the next several years, where Frank Tufano had lost his family relationships, all personal relationships, his business, essentially ruining his life.

6. Frank Tufano has come to the conclusion that Paul Saladino is an "industry plant," an actor that is being used by the "elite," secret societies, to funnel money and attention into their own businesses.

7. All wealthy and powerful people are members of various secret societies, The Illuminati and Freemasons being two of the most well known fraternal organizations.

8. Frank Tufano recognized the presence of Freemasonic Lodges in most cities throughout the United States as well as the common symbolism that Illuminati members used to interact with each other on social media.

9. Despite Paul Saladino being a newly minted doctor with no social media presence, he was quickly in the spotlight as a health and nutrition expert, mingling with celebrities such as Bear Grylls and Georges St Pierre, even appearing on the Joe Rogan Podcast, the largest podcast platform online.

10. Paul Saladino's supplement company "Heart & Soil," uses a logo with horns, emulating Baphomet, a satanic figure commonly worshiped by various secret societies.

11. Whether Paul Saladino is a member of these specific secret societies, or other unknown ones, is irrelevant to the fact that it would take a team of highly experienced and organized people to campaign against Frank Tufano in the manner that has occurred over the past several years.

VERIFIED COMPLAINT - 2

12. In the case Saladino, MD v. Frank Tufano No. 7:2020cv09346, Frank Tufano was denied several amendment rights and also fell victim to malpractice by Jeffrey Davis, Esq.

13. Frank Tufano's First Amendment Right to Freedom of Speech, and Seventh Amendment Right to a Jury Trial in Civil Lawsuits by the premise of the lawsuit just mentioned and denial of any of Frank Tufano's attempted motions in this case.

14. Jeffrey Davis was retained by Frank Tufano initially in the case, but failed to communicate court proceedings to Frank Tufano, resulting in a default judgement which the court did not allow him to vacate.

15. Whether this miscommunication was intentional or not, Jeffrey Davis's actions later hostility towards Frank Tufano, including calling him personally on his cell phone and making physical threats against his life, has given Frank Tufano the assumption that Jeffrey Davis has ill intentions against Frank Tufano.

16. Frank Tufano believes Jeffrey Davis, as well as all lawyers, are members of Freemasonry or various secret societies, and because Frank Tufano himself is not a member of such groups or organizations, Jeffrey Davis had an obligation to defend his fellow secret society brethren Paul Saladino.

17. In all of these secret groups, members go through trials and swear oaths to secrecy that override all laws known to US citizens.

18. *"Handshakes are what secretly identifies a fellow mason in order to show favor. Masonic oaths trump laws of the land and any oath to an official office. Example: Even if a fellow Mason is*

VERIFIED COMPLAINT - 3

*guilty of a crime, another Mason who is a prosecutor or judge is bound, by his Masonic oath, to set him free."*

19. Because of these oaths, any judicial decision made outside of a jury, would not be in favor to Frank Tufano as a non secret society member. Even if a jury was selected, it would be impossible to ensure that the intentions of the jury members are not corrupt by secret society influence as their oaths precede any obligation of truth to the court.

20. Frank Tufano's recent court experience have given him confidence in some unknown bias against him. In the past year he has filed almost a dozen cases in both Federal and State Court where the judge promptly dismissed the case, not allowing for even initial proceedings.

21. Instead of Paul Saladino apologizing and continuing his job with his fellow psychiatric patients, as he is a psychiatrist by training, Paul Saladino has used his secret society connections and influence to maliciously copy Frank Tufano's entire persona, his life's work while using the same connections to utilize the court system in silencing Frank Tufano from defending himself.

22. All of Paul Saladino's ideas, businesses, his current 'Animal Based Diet," all originated from Frank Tufano's YouTube channel. However, because of Paul Saladino's Secret Society connections, and the influence and control that these groups such as Freemasons and Illuminati have over all of social media, Paul Saladino has become known by millions as what Frank Tufano sought out to be.

23. Paul Saladino has been recognized globally with total social media viewership exceeding hundreds of millions, spouting Frank Tufano's life work. While Frank

VERIFIED COMPLAINT - 4

Tufano has been shadow banned and censored by these same Secret Society groups that promote Paul Saladino.

24. Paul Saladino has achieved everything that Frank Tufano sought out to do through lies, deceit, and illegitimate work, yet still tries to attack and silence Frank Tufano through the Court System using his secret society connections.

25. It would be clear from any outsider viewing the situation that Paul Saladino is on a shameful and disgusting tirade with only selfish intentions to increase his personal reputation and wealth at the expense of others. The support of his fellow secret society brethren on this journey show how these organizations in control are likely colluding for financial gain.

## JURY TRIAL DEMANDED

26. The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

27. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

## JURISDICTION

28. This Court has subject matter jurisdiction pursuant to 28 U.S.C. par. 1332 because there is a complete diversity of citizenship between each plaintiff and Defendant and the amount in controversy exceeds $75,000.

29. Frank Tufano's residence and domicile is in the state of Pennsylvania.

30. Paul Saladino MDs is assumed to still be residing in Costa Rica, as he is frequently seen making current social media posts about surfing from his domicile in Costa Rica.

VERIFIED COMPLAINT - 5

31. Heart & Soil Supplements LLC is incorporate and operates from the state of Texas.

## FIRST CLAIM FOR RELIEF
### Title 42 Pa.C.S.A. Judiciary and Judicial Procedure § 5524
### Fraudulent Concealment

32. The following actions and proceedings must be commenced within two years:

   Any other action or proceeding to recover damages for injury to person or property which is founded on negligent, intentional, or otherwise tortious conduct or any other action or proceeding sounding in trespass, including deceit or fraud, except an action or proceeding subject to another limitation specified in this subchapter.

33. To pursue a civil claim for conspiracy under Pennsylvania law, a plaintiff must prove that two or more individuals agreed to commit an unlawful act or a lawful act by unlawful means, that an overt act was committed in furtherance of this agreement, and that the plaintiff incurred actual damages. This claim is not a standalone tort and must be based on an underlying civil wrong, such as fraud, defamation, or tortious interference, which the alleged conspirators agreed to commit.

### FRAUD

34. Paul Saladino knowingly stole Frank Tufano's "Life's Work," to portray it as his own on various social media platforms accumulating dozens of millions of views and probably millions of dollars in revenue.

VERIFIED COMPLAINT - 6

35. Paul Saladino deceived followers that Frank Tufano's work was as his own, and as a result of it, became famous on social media with financial gains.

36. Paul Saladino MD met in secrecy with Freemasons, Illuminati Members, and other relevant secret society parties in the case, and conspired together to make himself wealthy and famous as a primary portrayer of Frank Tufano's research.

37. Agents of these secret societies conspired against Frank Tufano by shadowbanning and censoring his videos on social media exposing what was being done to him and promoting Paul Saladino's videos plagiarizing Frank Tufano's work.

38. Frank Tufano brings this claim of Fraud against Paul Saladino MD and Heart & Soil Supplements LLC

## TORTIOUS INTERFERENCE

39. Frank Tufano was previously operating the business "Frankie's Free Range Meat LLC," out of a warehouse in the Bronx, NY.

40. In the lawsuit "Saladino, MD v. Frank Tufano, 7:20-cv-09346," Plaintiff Paul Saladino added Frank Tufano's business entity "Frankie's Free Range Meat LLC," as a defendant to the lawsuit to harm Frank Tufano's business, which was irrelevant to the case matter due to subject matter jurisdiction.

41. Paul Saladino knew this, and was probably advised by his attorney that it would be a waste of attorney fees, however insisted due to his hate for Frank Tufano in exposing Paul for the liar and thief he truly is.

42. Associates of the case "Saladino, MD v. Frank Tufano No. 7:2020cv09346," agreed in secrecy to plan all decisions against Frank Tufano in favor of Paul

Saladino, MD. Attorneys for Plaintiff Paul Saladino and Frank Tufano's own attorney, likely met in secret meetings, held to their Freemason, Illuminati, or Secret Society Oaths, loyalty to a greater cause than the court to collude against Frank Tufano and strip him of his right to fair judicial process.

43. Frank Tufano brings this claim of Tortious Interference against Paul Saladino MD and Heart & Soil Supplements LLC

## FRAUDULENT CONCEALMENT

44. Concealment Of a material fact, knowledge and intent, duty to disclose, reliance and damages

45. Paul Saladino knew that he was plagiarizing ideas and research from Frank Tufano's YouTube channel. Paul Saladino refused to disclose this information on any social media platforms when stating said information, and as a result, Frank Tufano's unique ideas and research were used to funnel money to liars and thieves as opposed to the original creator. All other participating social media personalities and customers of Paul Saladino were unaware of the source of the original information.

1. Frank Tufano brings this claim of Fraudulent Concealment against Paul Saladino MD and Heart & Soil Supplements LLC

## SECOND CLAIM FOR RELIEF
## CIVIL CONSPIRACY

2. Frank Tufano believes that Defendant parties conspired with court officials to have an agreement to conduct a lawful act accomplished through unlawful means.

VERIFIED COMPLAINT - 8

3. Defendants met in secrecy to conspire against Frank Tufano, whether it be Jeffrey Davis filing incorrectly (or not at all) to the court proceedings to harm Frank Tufano's chances in winning the case, or a judge dismissing Frank Tufano's motions in favor of opposing counsel.

4. The conspirators goal is to obtain a legal judgement against Frank Tufano by means of fraud and legal malpractice, a lawful objective through unlawful means.

5. Jeffrey Davis intentionally harmed Frank Tufano by not notifying him of a default filing and permanently ruining his status in the case.

6. Judge Roman Stephen Nelson ignored the blatant legal malpractice being committed against Frank Tufano by both his own lawyer and Paul Saladino's counsel.

7. The conspirators have acted with malice and intent to permanently injure Frank Tufano's personal life and financial status without legitimate reason outside of defending their fellow Secret Society brethren Paul Saladino.

8. Frank Tufano brings this claim of Civil Conspiracy against Paul Saladino MD and Heart & Soil Supplements LLC

## THIRD CLAIM FOR RELIEF
### 18 U.S. Code § 241 - Conspiracy against rights

9. Paul Saladino MD and all secret society associates involved in "Saladino, MD v. Frank Tufano No. 7:2020cv09346" conspired against Frank Tufano oppressing him of his First and Seventh Amendment Rights.

First Amendment Right to Freedom of Speech

VERIFIED COMPLAINT - 9

    A. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Seventh Amendment Right to a Jury Trial. The Seventh Amendment to the United States Constitution protects the right to a jury trial in federal civil cases that meet certain requirements:

    A. The value in controversy must exceed $20

    B. The right to a jury trial applies to suits at common law

    C. Judges cannot re-examine facts presented by the jury, except in accordance with common law rules.

The case meets all the requirements of the Seventh Amendment, which was created to protect citizens from government overreach by establishing the right to a jury trial in civil cases.

10. The premise of the case is based on Frank Tufano's public statements on his YouTube channel, all of which to Frank Tufano's knowledge were said truthfully to his available resources.

11. The members of this case had no intention of giving Frank Tufano a fair trial as it is irrelevant to their sworn oaths to defend their fellow secret society members, all decisions were placed in the hands of an individual judge who may or may not have attended meetings at a Masonic Lodge to discuss case decisions in secrecy.

12. Frank Tufano brings this claim of Civil Conspiracy against Paul Saladino MD and Heart & Soil Supplements LLC

VERIFIED COMPLAINT - 10

## PRAYER FOR RELIEF

13. WHEREFORE, by reason of the acts and circumstances alleged herein, Frank Tufano seeks relief from this Court as follows:

   A. Economic Damages for all of stolen business ventures in an amount of 5% of Heart & Soil LLC's gross sales.

   B. Economic Damage for stealing proprietary material, an amount equal to an additional 5% of Heart & Soil LLC's gross sales.

   C. Economic Damages for impersonating Frank Tufano's material, an amount equal to another 5% of Heart & Soil LLC's gross sales.

   D. Frank Tufano estimates this amount to be no less than $6,600,600 (Six Million, Six Hundred Thousand, and Six Hundred Dollars)

Dated: Monday, February 16, 2026

By:    /s/ Frank Tufano

Frank Tufano

VERIFIED COMPLAINT - 11