Alexis Roth
**WOLF BALDWIN & ASSOCIATES PC**
800 E. High Street
Pottstown, PA 19464
aroth@wolfbaldwin.com
Tel: (610) 323-7436

David D. Lin, Esq. (pro hac vice)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant Paul Saladino, MD*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SALADINO, MD,<br>HEART & SOIL SUPPLEMENTS LLC<br><br>Defendants. | CIVIL DIVISION<br><br>Case No.: 3:26-cv-00396-JFS<br><br>(consolidated with 3:26-cv-01266-DFB) |

**Defendant Paul Saladino's Motion Pursuant to the All Writs Act, 28 U.S.C. § 1651 Deeming Frank Tufano a Vexatious Litigant**

Defendant Paul Saladino hereby moves pursuant to the All Writs Act, 28 U.S.C. § 1651 to deem Plaintiff Frank Tufano ("Tufano" or "Plaintiff") a vexatious litigant. The grounds for Saladino's motion will be fully set forth in its forthcoming Brief in Support of Motion, and will include the following arguments:

1. Tufano has filed countless, duplicative and meritless cases in both this district and the Pennsylvania State courts. Plaintiff has filed at least 22 separate, substantially similar actions in the United States District Court for the Middle District of Pennsylvania in the past two years. In nearly all these cases Saladino (and the other parties) was not properly served.

2. In these cases, Tufano has also failed to comply with required procedure. Plaintiff, during these cases, has failed to properly serve Saladino, file within the statute of limitations, or even appropriately allege Saladino's ties to this forum.

3. Tufano's cases also lack any substantive merit. Plaintiff has repeatedly raised the same claims that utterly lack merit, and in multiple prior cases in this district the court has explicitly ruled that Tufano failed to state a claim. *See Tufano v. Saladino*, Case No. 3:25-cv-01400-RDM (M.D. Pa. July 29, 2025); *Tufano v. Nelson et al*, Case No. 3:26-cv-00542-JKM (M.D. Pa. March 4, 2026). Accordingly, the Court dismissed these cases with prejudice.

4. Tufano's conduct amounts to an abuse of judicial process. Plaintiff has harassed numerous parties, including but not limited to Saladino, by filing these meritless suits. He has also sued individual attorneys and even several federal judges.[1]

Saladino's Brief in Support of Motion will be filed in accordance with Local Rule 7.5 and is incorporated by reference herein. Pursuant to Local Rule 7.1, Saladino sought concurrence from Tufano and counsel for Defendant Heart and Soil Supplements LLC via email. Although Heart and Soil Supplements LLC concurred in this motion, Tufano did not.

---

[1] These cases include but are not limited to the following: *Tufano v. Saladino, et al*., No. 3:25-CV-262, 2025 WL 5100589, (M.D. Pa. Feb. 28, 2025), report and recommendation adopted, No. CV 3:25- 00262, 2025 WL 5100590 (M.D. Pa. Apr. 29, 2025); *Tufano v. Saladino*, No. 3:25-CV-1400, 2026 WL 796584, (M.D. Pa. Feb. 3, 2026), report and recommendation adopted, No. 3:25-CV-1400, 2026 WL 793305 (M.D. Pa. Mar. 20, 2026); *Tufano v. Saladino*, No. 4:25-CV-1960, 2025 WL 4102909, (M.D. Pa. Dec. 23, 2025), report and recommendation adopted, No. 4:25-CV-01960, 2026 WL 288410 (M.D. Pa. Feb. 3, 2026).

Wherefore Saladino respectfully requests that the Court deem Tufano a vexatious litigant and enjoin him from any further harassing and meritless filings without prior court approval.

Dated: September 2, 2026

Respectfully Submitted,

_*/s/ David D. Lin*_________________

Alexis Roth
**WOLF BALDWIN & ASSOCIATES PC**
800 E. High Street
Pottstown, PA 19464
aroth@wolfbaldwin.com
Tel: (610) 323-7436

David D. Lin, Esq. (pro hac vice)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant Paul Saladino, MD*