UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SALADINO, MD,<br>HEART & SOIL SUPPLEMENTS LLC<br><br>Defendants. | CIVIL DIVISION<br><br>Case No.: 3:26-cv-00396-JFS<br><br>(consolidated with 3:26-cv-01266-DFB) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO THE ALL WRITS ACT, 28 U.S.C. § 1651 DEEMING FRANK TUFANO A VEXATIOUS LITIGANT**

Having reviewed the Motion submitted by Defendant Paul Saladino, MD ("Saladino"), and the Court having been fully advised on the premises, NOW THEREFORE:

Defendant's Motion is hereby **GRANTED** and Plaintiff is enjoined from filing any further filings against Plaintiff Paul Saladino and/or any substantially similar pleadings as those at issue in this case without prior court approval.

Dated this ____ day of ________ 2026

SO ORDERED:

________________________