Alexis Roth
**WOLF BALDWIN & ASSOCIATES PC**
800 E. High Street
Pottstown, PA 19464
aroth@wolfbaldwin.com
Tel: (610) 323-7436

David D. Lin, Esq. (pro hac vice)
**LEWIS & LIN, LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant Paul Saladino, MD*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SALADINO, MD,<br>HEART & SOIL SUPPLEMENTS LLC<br><br>Defendants. | CIVIL DIVISION<br><br>Case No.: 3:26-cv-00396-JFS<br><br>(consolidated with 3:26-cv-01266-DFB) |

**DECLARATION OF DAVID D. LIN**

I, David D. Lin, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am an attorney duly licensed to practice law and admitted pro hac vice before this Court. I am counsel for Defendant Paul Saladino in the above-captioned case. I am over 18 years of age and not a party to this lawsuit. I make this declaration based on my personal knowledge of the events stated herein and upon documents that I have reviewed in connection with this lawsuit.

2. On September 11, 2026, under my direction, a member of my staff conducted a docket search for Frank Tufano on PACER. The search result revealed at least fifty-five (55) lawsuits filed by Frank Tufano in federal court since 2023 alone. Attached as **Exhibit A** is formatted copy of the PACER search.

3. Many of the lawsuits mentioned above include the same parties and substantially similar claims, and in many instances the same language exactly as those in the Complaint in this action.

4. I am also named as a party in some of Tufano's actions. However, as far as I know, I have never been properly served, or even attempted to be served, in connection with any of these lawsuits.

5. Additionally, I understand that Saladino has never been properly served in connection with any of the above-mentioned lawsuits. Furthermore, while having become aware of Tufano's insistent litigation against Saladino and other related parties, conducting the above-referenced research is the first time I have learned about the majority of these lawsuits, as no service—proper or otherwise—has been made to my client to make myself or my client aware of these ongoing proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2026

Respectfully Submitted,

_*/s/ David D. Lin*_____
David D. Lin, Esq.