# Exhibit A

| caseId | caseNumber | caseYear | courtId | firstName | generation | lastName | middleName | partyRole | partyType | bankruptcyChapter | caseNumberFull | caseOffice | caseTitle | caseType | dateDischarged | dateDismissed | dateFiled |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1037494 | 9565 | 2026 | cacdc | Frank | | Tufano | | pla | pty | | 2:2026cv09565 | 2 | Frank Tufano v. Kjar McKenna and Stockalper LLP et al | cv | | | 2026-08-16 |
| 953701 | 147 | 2025 | cacdc | Frank | | Tufano | | pla | pty | | 2:2025cv00147 | 2 | Frank Tufano v. Mehryar Ray Taban, MD et al | cv | | | 2025-01-03 |
| 461614 | 10825 | 2025 | candc | Frank | | Tufano | | pla | pty | | 3:2025cv10825 | 3 | Tufano v. Google LLC et al | cv | | | 2025-12-22 |
| 1748533 | 696 | 2026 | jpmldc | FRANK | | TUFANO | | pla | pty | | 2:2026cv00696 | 2 | TUFANO v. NOVO NORDISK INC. et al | cv | | | 2026-02-03 |
| 550901 | 5474 | 2026 | nyedc | Frank | | Tufano | | pla | pty | | 1:2026cv05474 | 1 | Tufano v. All-Ways Forwarding et al | cv | | | 2026-09-01 |
| 592336 | 244 | 2023 | nysdc | Frank | | Tufano | | pla | pty | | 7:2023cv00244 | 7 | Tufano v. American Arbitration Association et al | cv | | | 2023-01-11 |
| 647155 | 6515 | 2025 | nysdc | Frank | | Tufano | | pla | pty | | 7:2025cv06515 | 7 | Tufano v. Social Security Administration et al | cv | | | 2025-08-07 |
| 649322 | 696 | 2026 | paedc | FRANK | | TUFANO | | pla | pty | | 2:2026cv00696 | 2 | TUFANO v. NOVO NORDISK INC. et al | cv | | | 2026-02-03 |
| 142849 | 1115 | 2024 | pamdc | Frank | | Tufano | | pla | pty | | 3:2024cv01115 | 3 | Tufano v. Fenix Internet, LLC | cv | | | 2024-07-08 |
| 142850 | 1114 | 2024 | pamdc | Frank | | Tufano | | pla | pty | | 3:2024cv01114 | 3 | Tufano v. Reddit, Inc. | cv | | | 2024-07-08 |
| 142851 | 1117 | 2024 | pamdc | Frank | | Tufano | | pla | pty | | 3:2024cv01117 | 3 | Tufano v. Miller et al | cv | | | 2024-07-08 |
| 142852 | 1116 | 2024 | pamdc | Frank | | Tufano | | pla | pty | | 3:2024cv01116 | 3 | Tufano v. TikTok Inc. | cv | | | 2024-07-08 |
| 147302 | 1165 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01165 | 3 | Tufano v. Fenix Internet LLC | cv | | | 2025-06-26 |
| 148813 | 1990 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01990 | 3 | Tufano v. USDA et al | cv | | | 2025-10-21 |
| 151352 | 1018 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01018 | 3 | Tufano v. United States Department of Agriculture | cv | | | 2026-04-20 |
| 151355 | 1019 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01019 | 3 | Tufano v. Shopify (USA) Inc. et al | cv | | | 2026-04-20 |
| 151357 | 1016 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01016 | 3 | Tufano v. Eriksson et al | cv | | | 2026-04-20 |
| 151358 | 1020 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01020 | 3 | Tufano v. Mighty Meats LLC et al | cv | | | 2026-04-20 |
| 151361 | 1021 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01021 | 3 | Tufano v. Ice Cream for Bears LLC et al | cv | | | 2026-04-20 |
| 151762 | 1266 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01266 | 3 | Tufano v. Saladino, MD et al | cv | | | 2026-05-11 |
| 143100 | 1252 | 2024 | pamdc | Frank | | Tufano | | pla | pty | | 3:2024cv01252 | 3 | Tufano v. Filatova | cv | | | 2024-07-26 |
| 147314 | 1175 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01175 | 3 | Tufano v. TikTok et al | cv | | | 2025-06-27 |
| 147411 | 1227 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01227 | 3 | Tufano v. SHOPIFY (USA) Inc. Corporation Service Company et al | cv | | | 2025-07-07 |
| 147885 | 1495 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01495 | 3 | Tufano v. Reddit, Inc. | cv | | | 2025-08-13 |
| 147993 | 1558 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01558 | 3 | Tufano v. All-Ways Forwarding et al | cv | | | 2025-08-21 |
| 151142 | 879 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00879 | 3 | Tufano v. Tyler Technologies, Inc. et al | cv | | | 2026-04-06 |
| 153271 | 2238 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02238 | 3 | Tufano v. Meagher Insurance Agency et al | cv | | | 2026-08-05 |
| 145063 | 11 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv00011 | 3 | Tufano v. Taban et al | cv | | | 2025-01-02 |
| 148016 | 1574 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01574 | 3 | Tufano v. Google LLC et al | cv | | | 2025-08-22 |
| 151834 | 1312 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01312 | 3 | Tufano v. Small Business Administration et al | cv | | | 2026-05-14 |
| 153128 | 2136 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02136 | 3 | Tufano v. United Healthcare | cv | | | 2026-07-29 |
| 153295 | 2257 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02257 | 3 | Tufano v. Free and Accepted Masons of Union Lodge No. 291 et al | cv | | | 2026-08-06 |
| 140548 | 2106 | 2023 | pamdc | Frank | | Tufano | | pla | pty | | 3:2023cv02106 | 3 | Tufano v. Levy et al | cv | | | 2023-12-20 |
| 146988 | 976 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv00976 | 3 | Tufano v. Fenix Internet LLC | cv | | | 2025-06-02 |
| 150427 | 447 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00447 | 3 | Tufano v. The State of California et al | cv | | | 2026-02-23 |
| 153135 | 2134 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02134 | 3 | Tufano v. Miller et al | cv | | | 2026-07-29 |
| 153136 | 2138 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02138 | 3 | Tufano v. Experian et al | cv | | | 2026-07-29 |
| 142354 | 846 | 2024 | pamdc | Frank | | Tufano | | pla | pty | | 3:2024cv00846 | 3 | Tufano v. Frankies Free Range Meat Conspirators | cv | | | 2024-05-22 |
| 145577 | 260 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv00260 | 3 | Tufano v. USDA et al | cv | | | 2025-02-12 |
| 145580 | 262 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv00262 | 3 | Tufano v. Saladino et al | cv | | | 2025-02-12 |
| 145686 | 316 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv00316 | 3 | Tufano v. Shopify (USA) Inc. et al | cv | | | 2025-02-21 |
| 147716 | 1400 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv01400 | 3 | Tufano v. Saladino, MD et al | cv | | | 2025-07-29 |
| 148760 | 1960 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 4:2025cv01960 | 4 | Tufano v. Saladino, MD et al | cv | | | 2025-10-17 |
| 151064 | 835 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00835 | 3 | Tufano v. Based Bodyworks, LLC et al | cv | | | 2026-04-01 |
| 153130 | 2135 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02135 | 3 | Tufano v. Crispino et al | cv | | | 2026-07-29 |
| 153131 | 2133 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02133 | 3 | Tufano v. Hiraeth et al | cv | | | 2026-07-29 |
| 153821 | 2570 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02570 | 3 | Tufano v. City of Carbondale et al | cv | | | 2026-09-08 |
| 152393 | 1667 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv01667 | 3 | Tufano v. National Fire & Marine Insurance et al | cv | | | 2026-06-16 |
| 146997 | 975 | 2025 | pamdc | Frank | | Tufano | | pla | pty | | 3:2025cv00975 | 3 | Tufano v. SHOPIFY (USA) Inc. Corporation Service Company et al | cv | | | 2025-06-02 |
| 150334 | 397 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00397 | 3 | Tufano v. Burgess | cv | | | 2026-02-17 |
| 150336 | 396 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00396 | 3 | Tufano v. Saladino, MD et al | cv | | | 2026-02-17 |
| 150574 | 542 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00542 | 3 | Tufano v. Nelson et al | cv | | | 2026-03-04 |
| 151081 | 840 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00840 | 3 | Tufano v. The State of California et al | cv | | | 2026-04-02 |
| 151225 | 939 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv00939 | 3 | Tufano v. Better Life Foods Inc. et al | cv | | | 2026-04-13 |
| 153129 | 2132 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02132 | 3 | Tufano v. BBB | cv | | | 2026-07-29 |
| 153132 | 2137 | 2026 | pamdc | Frank | | Tufano | | pla | pty | | 3:2026cv02137 | 3 | Tufano v. Carbondale Police Department et al | cv | | | 2026-07-29 |