Frank Tufano
25 Dundaff ST, Carbondale, PA 18407
(917)599-2160, frankatufano@gmail.com

FILED
SCRANTON
SEP 17 2026
PER [signature]
DEPUTY CLERK

U.S. DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FRANK TUFANO

Plaintiff,

vs.

PAUL SALADINO, MD

HEART & SOIL SUPPLEMENTS LLC

Defendants

Case No.: 1:26-CV-396-DFB

OPPOSITION TO MOTION DEEMING FRANK TUFANO A VEXATIOS LITIGANT

1. Defendant has not had a single case tried in this court and is attempting to declare plaintiff a vexatious litigant, which is nothing short of absurd, and does not meet the legal threshold of "persistent and meritless" litigation.

2. Even if Frank Tufano did litigate multiple lawsuits in this court, Paul Saladino continues to copy, plagiarize, and steal Frank Tufano's health and nutrition social media content, with the pretense that he can get away with it. The fact that Paul Saladino is still actively plagiarizing Frank Tufano while this litigation is active shows he has no regard for honesty or justice.

3. All of Frank Tufano's lawsuits have risen from events that have occurred against him, particularly theft, unfair business practice, and both medical and legal malpractice.

4. None of the criteria for a vexatious litigant has been met, Frank Tufano has not filed any meritless cases, he has not left cases pending with unjustified delays, has

not attempted to relitigate any tried cases, and has not been declared a vexatious litigant by any state or federal court.

5. Any delays in related cases were incurred by defendants attempts to avoid legal service, and any duplicate cases against defendant for similar claims were because of the same issue – the defendant has continuously avoided legal service by living in a foreign country and refusing to accept certified mail.

6. It is ironic that the individual filing this motion, David D. Lin Esq., has avoided dozens of letters for legal service to his Brooklyn Office. Frank Tufano can account at least several lawsuits that were never tried because he was never able to establish service against Lewis & Lin LLC. The lawsuits were filed, attempted to service, and then abandoned due to Frank Tufano being unable to afford to continue failed service attempts.

7. David D. Lin Esq. is a dishonest attorney who has been proven to commit forgery and fraud in a previous case, by filing false affidavits of service and submitting business documents from incorrect LLC's, and is willing to lie, cheat, steal, and say or do anything to poorly justify a corrupt judges rulings.

8. In this specific court, defendant has never had a previous case tried against him by Plaintiff, and this motion to deem Frank Tufano a vexatious litigant is far reaching and unwarranted, and should therefore be stricken from the docket, with brief in support.

Dated: Thursday, September 17, 2026

By: /s/ Frank Tufano

Frank Tufano