3:26-cv-396
FILED
SCRANTON
SEP 17 2026
PER ___ DEPUTY CLERK

**BRIEF IN SUPPORT OF**
**OPPOSITION TO MOTION DEEMING FRANK TUFANO A VEXATIOS LITIGANT**

1. Haines v. Kerner (1972) established that a pro se litigant's pleadings must be held to less stringent standards than formal pleadings drafted by lawyers, and a case should not be dismissed without giving the litigant a fair opportunity to present evidence or offer proof. Presenting evidence in front of a sole judge for a preliminary decision would not be considered a fair opportunity in the eyes of any outside individual. In the event this motion is not dismissed, it should be heard by a jury as opposed to a single judge.

2. Defendant mentions a first case in which Saladino sued Frank Tufano, which, if anything, shows a complex legal history of legal malpractice and unfair judicial decisions, warranting further litigation.

3. Defendant mentions that Plaintiff has filed 55 cases, and claims these suits are meritless, however has not provided any proof of such, as no final judgements have been rendered declaring the claims meritless. Defendant states himself that a court can enjoin a pro se litigant when three elements are met: the pro se litigant has been "continually abusing the judicial process," the litigant is given notice and the opportunity to oppose the potential injection, and the injunction is narrowly tailored to the case.

4. Seeing as defendant has no argument for Plaintiff abusing the judicial process, and that the defendant has not been tried in this court before, the conditions for vexatious litigation have not been met.

5. Defendant mentions a case "Yoder v. Wells Fargo Bank," but in the circumstances of vexatious litigation should be able to prove multiple accounts

of Frank Tufano's previously duplicated cases that have been dismissed on their merits, which defendant cannot do because they have not occurred.

6. Defendant states that Frank Tufano has brought the same lawsuits, disregarded court orders, without providing proof of said claims or naming the specific occurrences.
7. Defendant then names another lawsuit "Mina v. United States Dist Ct for E. Dist. Of Pennsylvania," showing that they are again unable to actually prove that Frank Tufano has previous meritless filings in any court.
8. This is the first time that defendant has ever had to hire an attorney against any Plaintiff in any court, to Frank Tufano's knowledge.
9. Defendant has made many claims and blanket statements as if they were fact without providing any proof of anything.
10. Frank Tufano requests this Motion to Deem Frank Tufano a vexatious litigant be struck as they are unable to name one single case where an individual was tried multiple times or for meritless reasons, and if this motion were to be considered, defendant should have to provide proof of the multiple meritless lawsuits against them or any other individual.

Dated: Thursday, September 17, 2026

By: /s/ Frank Tufano

Frank Tufano

**AFFIDAVIT OF SERVICE**

1. This opposition to brief in support of motion to dismiss filed by HEART AND SOIL SUPPLEMENTS LLC was served to defendant party via e-mail provided by counsel, jfowler@kfc.law, kcammiso@kfc.law, ahunanyan@kfc.law, david@ilawco.com.

Dated: Thursday, September 17, 2026

By: /s/ Frank Tufano

_Frank Tufano