**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK TUFANO,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SALADINO, MD,<br>HEART & SOIL SUPPLEMENTS LLC,<br><br>Defendants. | Case No. 3:26-cv-00396-JFS<br>Related Case: 3:26-cv-01266-DFB<br><br>(Hon. Joseph F. Saporito, Jr.) |

**DEFENDANT HEART & SOIL SUPPLEMENTS LLC'S JOINDER IN MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT PAUL SALADINO, MD'S MOTION FOR AN INJUNCTION PURSUANT TO THE ALL WRITS ACT, 28 U.S.C. § 1651 DEEMING FRANK TUFANO A VEXATIOUS LITIGANT**

Defendant Heart & Soil Supplements LLC ("HSS") hereby joins the Memorandum of Law in Support of Defendant Paul Saladino, MD's Motion for an Injunction Pursuant to the All Writs Act, 28 U.S.C. § 1651, Deeming Frank Tufano a Vexatious Litigant. ECF No. 20. HSS joins Dr. Saladino's Motion in its entirety, including Sections I through III of the Argument portion, which establish that: (I) pro se Plaintiff Frank Tufano abuses the judicial process to pursue quixotic grudges; (II) Tufano has been provided notice and an opportunity to respond; and (III) the injunction requested is narrowly tailored.

As Dr. Saladino's Motion demonstrates, Tufano has filed at least 55 cases in the federal system in recent years, including at least 22 separate, substantially similar actions in the Middle District of Pennsylvania alone. These suits repeatedly re-litigate the same claims—fraud, tortious interference, fraudulent concealment, civil conspiracy, and conspiracy against rights under 18 U.S.C. § 241—against substantially the same parties. Multiple courts have reviewed and rejected Tufano's allegations as meritless.

HSS is directly affected by Tufano's vexatious conduct, as HSS is among the parties named as a defendant in Tufano's duplicative and frivolous lawsuits. HSS therefore has an independent and direct interest in the relief Dr. Saladino seeks—namely, an injunction barring Tufano from filing any suits or making any of the claims previously brought in his frivolous lawsuits, against any of the parties who have previously been included in these frivolous lawsuits, including HSS, without first seeking this Court's approval.

For the foregoing reasons and those set forth in Dr. Saladino's Motion (ECF No. 20), HSS respectfully requests the Court grant the Motion and issue an injunction deeming Tufano a vexatious litigant, enjoining him from any further harassing and meritless filings without prior court approval.

Dated: September 23, 2026

KIBLER FOWLER & CAVE LLP

By: /s/ Stephen F. Raiola

Stephen F. Raiola
P.A. Bar No. 329983
270 Madison Avenue
Suite 1410
New York, New York 10016
Telephone: (917) 909-6350
Facsimile: (917) 909-6357
sraiola@kfc.law

John D. Fowler
Kevin J. Cammiso
Anna Hunanyan
11100 Santa Monica Boulevard,
Suite 600
Los Angeles, California 90025
Telephone: (310) 409-0400
Facsimile: (310) 409-0401
jfowler@kfc.law
kcammiso@kfc.law
ahunanyan@kfc.law
(*Pro Hac Vice Applications Forthcoming*)

*Attorneys for Defendant*
*Heart & Soil Supplements LLC*